FILED

OCT - 2 2008

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

United States District Court

_____CENTRAL_____ DISTRICT OF _____ILLINOIS_____

UNITED STATES OF AMERICA

v.                                                    CRIMINAL COMPLAINT

DONALD PAUL WILEY

CASE NUMBER: 08- MJ- 6041

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about from July 8, 2008 through to and including October 1, 2008 in Tazewell County, in the Central District of Illinois, the defendant, DONALD PAUL WILEY, used a facility and means of interstate commerce to knowingly attempt to persuade, induce and entice a person who has not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, to wit: the offense of Aggravated Criminal Sexual Abuse under Illinois statute 720 ILCS 5/12-16(d) which makes it an offense for any person to engage in an act of sexual penetration with a person who is at least 13 years of age but under 17 years of age and the accused is at least five years older than the victim, all in violation of Title __18__ United States Code, Section(s) __2422(b)__.

I further state that I am a(n) __Secret Service Special Agent__ and that this Complaint is based on the following facts:

See attached Affidavit in support of Criminal Complaint which is made a part hereof.

Continued on the attached sheet and made a part hereof:          ☒ Yes ☐ No

s/ Agent

_____
Signature of Complainant

Scott King

Special Agent

Secret Service

Sworn to before me and subscribed in my presence,

October 2, 2008 at Peoria, Illinois
Date                                     City and State

s/ John A. Gorman

Hon. John Gorman
United States Magistrate

Name & Title of Judicial Officer            Signature of Judicial Officer

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 08- MJ- 6041 |
| ) | |
| DONALD PAUL WILEY, ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT

I, Scott King, having been first duly sworn, state:

1. That I am a Special Agent with the United States Secret Service assigned to the Central District of Illinois, Peoria, Illinois. I have been assigned as a Special Agent for 9 ½ years. I have experience investigating laws pertaining to the exploitation of children. As a Special Agent with the United States Secret Service, I work with other law enforcement officers, who, like myself, have received special training in computer crime, internet investigations and child exploitation investigations. I have consulted with experts and specialists trained in the analysis of computers and computer storage and in the transference of information through the use of computer technology. I have participated in numerous computer crime investigations and in execution of numerous warrants involving crimes against children.

2. This affidavit is based upon information I have gained from my investigation, my training and experience, as well as information provided by other law enforcement officers in this and other child exploitation investigations. Since this affidavit is being submitted for the limited purposes of supporting a criminal complaint and securing an arrest warrant, I have not included

each and every fact known to me concerning this investigation.

3.   That Title 18, United States Code, section 2422(b) makes it a violation for anyone to use any facility or means of interstate or foreign commerce to knowingly persuade, induce or entice or to attempt to persuade, induce or entice a person under 18 years of age to engage in sexual activity for which any person could be charged with a criminal offense. That under Illinois statute 720 ILCS 5/12-16(d), the criminal offense of Aggravated Criminal Sexual Abuse is committed when any person engages in an act of sexual penetration with a person who is at least 13 years of age but under 17 years of age and the accused is at least five years older than the victim, and that under Illinois statute 720 ILCS 5/12-12(f) "sexual penetration" is defined as any contact between the mouth or sex organ of one person and the sex organ of another person.

4.   That Sgt. Jeff Stevens of the police department in Washington, Tazewell County, Illinois, in his official capacity, created and maintains a internet profile of a fictional thirteen year old female hereinafter referred as "the profile". The profile is intended to serve along with an online presence of a thirteen year old female for the investigation of crimes against children. The age of the profile is listed on the internet as thirteen years and the photo posted on the internet to represent the profile is a photo of a female under eighteen years age.

5.   That beginning on July 8, 2008, Sgt. Stevens, acting as the profile, began having internet chats with a person who was subsequently identified as the Defendant, Donald Paul Wiley, DOB: 10/08/39. That from July 8, 2008 through August, 2008 these chats occurred on over ten separate days and that throughout the chats the profile referred to her age as being 13 and referred to circumstances consistent with being 13 such as she was going into the 8th grade. That as the chats progressed, the Defendant indicated that he wanted to engage in sexual activity

with the profile including sexual intercourse and oral sex, and he also gave her instructions on how to masturbate and he sent her video streams through a web cam of himself masturbating. That from those videos the Defendant was identified through his Illinois driver's license photograph. That also during these chats, he discussed buying her a web cam that she could attach to her computer so that he could watch her masturbate and that he eventually mailed a web cam to the address that the profile provided which Sgt. Stevens received at said address.

6. That during these chats, the Defendant stated that he was being risky by chatting with her and that he could get into trouble and that he had watched a news program about older guys trying to meet young girls like he was doing. That as the chats progressed the Defendant expressed a desire to meet with the profile for the purpose of going on a date with her and for engaging in the sexual activity with her that they had been chatting about. That internet chats between the profile and the Defendant continued in September, 2008 culminating in a chat on September 30, 2008 when the Defendant finalized a plan with the profile to meet her at a fast food restaurant in Washington, Illinois around 1:30 pm on October 1, 2008. During that chat, the Defendant asked the profile to wear a dress so it could be lifted up and make it easier to get "to it" and he told her that "i.know what you want you want me to f you don't you" and he then asked her to say that back to him. That during a chat with the profile in the morning of October 1, 2008, the Defendant confirmed that he was coming to Washington to see her that afternoon and that he would be looking for her at the agreed upon restaurant.

7. That in response to the Defendant's stated intention of coming to Washington, Illinois to meet with the profile, myself and other law enforcement officers including officers from the Washington Police Department set up surveillance at said location and that around 1:30

pm the Defendant arrived and he was taken into custody at that time. That after waiving his Miranda rights the Defendant subsequently confessed to having chatted with the profile as indicated in the chats which I showed him and that he further confessed to having come to Washington for the purpose of meeting with the profile to engage in sexual activity with her. That the Defendant resides in West Salem, Edwards County, Illinois.

8. That I respectfully request this Court issue a complaint charging the defendant with the use of with using a facility and means of interstate commerce to knowingly attempt to persuade, induce and entice a minor to engage in sexual activity, in violation of 18 U.S.C. § 2422(b). I further request this Court issue arrest warrants for the defendant.

FURTHER AFFIANT SAYETH NAUGHT.

s/ Agent

Scott King
Special Agent
United States Secret Service

Signed and subscribed to before me this
2d day of October, 2008, in Peoria, Illinois.
s/ John A. Gorman

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE